AMY L. GOLDMAN,
Marisol.jaramillo@lewisbrisbois.com
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile:  213.250.7900

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA DIVISION

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Yao Lin,<br><br>　　　　　Debtor(s). | Case No.: 1:23-bk-10733-MB<br><br>Chapter 7<br><br>**NOTICE OF ASSET CASE**<br><br>[No Hearing Required] |

**TO: Kathleen J. Campbell, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

   Amy L. Goldman, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets may be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: July 17, 2023                                  /s/ Amy L. Goldman
                                                              Amy L. Goldman, Chapter 7 Trustee