Peter J. Mastan (SBN 190250)
peter.mastan@dinsmore.com
Brian M. Metcalf (SBN 205809)
brian.metcalf@dinsmore.com
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone: 213.335.7737

Counsel to Amy L. Goldman,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:23-bk-10733-MB |
| YAO LIN, | Chapter 7 |
| Debtor. | **REPORT OF SALE OF ESTATE CLAIMS** |
| | **[FRBP 6004(f)(1); LBR 6004-1(g)]** |

#62134049v2

Amy L. Goldman, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of debtor Yao Lin in the above-captioned case, submits this Report of Sale of Estate Claims pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1) and Local Bankruptcy Rule 6004-1(g).

On May 30, 2025, the Court entered the *Order Granting Motion of Chapter 7 Trustee Amy L. Goldman for an Order (A) Approving Sale of Estate Claims Free and Clear of All Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(f), (B) Granting Protection to Buyer as a Good Faith Purchaser Pursuant to 11 U.S.C. § 363(m), (C) Waiving Stay Under Federal Rule of Bankruptcy Procedure 6004, and (D) Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* [Docket No. 74] (the "Sale Order"). Pursuant to the Sale Order, the Court authorized the Trustee and the Estate to sell and assign the Estate's right, title, and interest in and to any and all claims and causes of action that the Estate has or may have against any parties, including without limitation all claims, causes of action, and/or avoidance actions and rights that the Estate has or may have under Chapter 5 of Title 11 of the United States Code and applicable nonbankruptcy law against Yao Lin, Jia Chen, the Shinewoods Trust, Landford, LLC, and/or any other parties (collectively, the "Estate Claims"), to Beijing Soufun Science and Technology Development Co., Ltd. (the "Buyer") for $78,000 on an "AS IS" and "WHERE IS" basis without recourse of any kind or nature, without any representation or warranty whatsoever, whether express or implied, including no representation or warranty as to the validity, enforceability, and/or collectability of the Estate Claims. The sale and assignment of the Estate Claims to the Buyer closed in accordance with the terms of the related Sale and Assignment Agreement.

DATED: July 2, 2025

Respectfully submitted,

DINSMORE & SHOHL LLP

By: */s/ Brian M. Metcalf*
    Peter J. Mastan
    Brian M. Metcalf
Counsel to Amy L. Goldman,
Chapter 7 Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

550 S. Hope Street, Suite 1765
Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled ***REPORT OF SALE OF ESTATE CLAIMS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 2, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On **July 2, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 2, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/2/2025 | Katrice Ortiz | /s/ Katrice Ortiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re Yao Lin**
**U.S.B.C. – San Fernando Division**
**Case No. 1:23-bk-10733-MB**

## I. SERVED ELECTRONICALLY VIA NEF:

- **Amy L Goldman (TR)** marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com
- **Clifford P Jung** curtis@jyllp.com, ry@jyllp.com;jessica@jyllp.com
- **Jonathan J. Lo**  contact@lolollp.com, jonathan@lolollp.com
- **Kelvin J Lo** kelvin@lolollp.com
- **Peter J Mastan**  peter.mastan@dinsmore.com, SDCMLFiles@dinsmore.com;Katrice.ortiz@dinsmore.com
- **Leodis Clyde Matthews** leodismatthews@zhonglun.com
- **Brian M Metcalf**  brian.metcalf@dinsmore.com, brian-metcalf-9774@ecf.pacerpro.com;katrice.ortiz@dinsmore.com
- **Jonathan Serrano** Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com
- **United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov

## II. SERVED VIA REGULAR U.S. MAIL:

**Debtor:**
Yao Lin
435 Woodbluff Rd
Calabasas, CA 91302-2209

Jia Chen
Yao Lin
Trustee to Shinewoods Trust, Dated October 8, 2021
435 Woodbluff Rd
Calabasas, CA 91302-2209

Jia Chen
Yao Lin
Trustee to Shinewoods Trust, Dated October 8, 2021
31663 Broad Beach Rd.
Malibu, CA 90265

Jia Chen
435 Woodbluff Rd
Calabasas, CA 91302-2209

**CREDITORS AND INTERESTED PARTIES**

| | |
|---|---|
| Employment Development Dept. | Franchise Tax Board |
| Bankruptcy Group MIC 92E | Bankruptcy Section MS: A-340 |
| P. O. Box 826880 | P. O. Box 2952 |
| Sacramento, CA 94280-0001 | Sacramento, CA 95812-2952 |

| | | |
|---|---|---|
| 1 | Industrial and Commercial Bank of China (USA | Beijing SouFun Sci. & Tech. Dev. Co |
| 2 | 388 E Valley Blvd., Unit 18 Alhambra, CA 91801-5117 | c/o Marc Feinstein 400 S. Hope Street, 18th Floor Los Angeles, CA 90071-2801 |

Industrial and Commercial
Bank of China (USA
388 E Valley Blvd., Unit 18
Alhambra, CA 91801-5117

Office of Finance,
City of Los Angeles
200 N Spring St., RM 101 City Hall
Los Angeles, CA 90012-3224

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

American Express
PO BOX 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Beijing SouFun Sci. &
Tech. Dev. Co
c/o Marc Feinstein
400 S. Hope Street, 18th Floor
Los Angeles, CA 90071-2801

China Overseas Scholars Foundation
111 NanHeYan Street
DongCheng District
Beijing, China

Industrial Commercial Bank of China
168 West Valley Blvd.
San Gabriel, CA 91776-3723

Shanghai Aiwu Investment Co.
Laiyifen Plaza,
1339 HuSongGongLu
Songjiang District
Shanghai, China

Yubo Zhang
JingKongXiaoQu 10-8-81
RiZhao St., Dongan District
Mudanjiang
Heilongjiang, China

III. **SERVED VIA OVERNIGHT DELIVERY (FED EX):**

**United States Bankruptcy Court**
Honorable Martin R. Barash
United States Bankruptcy Court – Central District of California
21041 Burbank Boulevard, Suite 342/Crtrm 303
Woodland hills, CA 91367

2